Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| NAPOLEON TRINIDAD TAMAYO<br><br>LYDIA BARRETTO TAMAYO | ) Chapter 13<br>)<br>) Case No.: 8:10-bk-12832-ES<br>)<br>) **NOTICE OF UNCLAIMED DIVIDEND**<br>) **(Bankruptcy Rule 3011)**<br>)<br>)<br>)<br>) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301054** in the sum of **$791.00** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 . The name and address of the party entitled to said unclaimed dividend is as follows:

    NAPOLEON TRINIDAD TAMAYO
    24662 CREEK VIEW DRIVE
    LAGUNA HILLS, CA 60682

Date: September 10, 2011        __/S/_____
                                Amrane Cohen, Chapter 13 Standing Trustee

1

| ase No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 012832 | NAPOLEON TRINIDAD & LYDIA BARRETTO TAMAYO | Claim: 00000 | XXX-XX-4491 XXX-XX-4488 | 791.00 | 0.00 | 791.00 |
| | ACCT: | TOTALS | | 791.00 | 0.00 | 791.00 |

NAPOLEON TRINIDAD TAMAYO
LYDIA BARRETTO TAMAYO
BALANCE:                    [0.00  1/00000]
SSN: XXX-XX-4491    SSN: XXX-XX-4488
ACCT:                              CASE: 1012832
PRINCIPAL:    791.00    INTEREST:    0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

**0301054**

Jul 24, 2011

VOID 90 DAYS FROM DATE

*******$791.00

PAY    Seven Hundred Ninety One And 00 / 100 Dollars

TO THE ORDER OF    U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301054⑈ ⑆061100790⑆ 000000575186 2⑈